PEOPLE *v* IRVIN. Appeal from Wayne, John M. Wise, J. Submitted Division 1 February 1, 1972, at Grand Rapids. (Docket No. 12653.) Decided February 21, 1972. Leave to appeal denied, 387 Mich 809.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Robert A. Reuther,* Assistant Prosecuting Attorney, for the people.

*Harry N. Grossman* (by *Ronald A. Steinberg*), for defendant on appeal.

Before: R. B. Burns, P. J., and Holbrook and T. M. Burns, JJ.

Memorandum Opinion. Defendant pleaded guilty to assault with intent to rob being armed and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.